UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAFE HORIZON, INC et al,

                                   **Plaintiff(s),**              **21-CV-02328(LAK)(VF)**

     -against-                                                      **ORDER**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al,

                                   **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 30, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, NewYork
                May 3, 2022

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge