

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
New York, NY 10007

June 20, 2023

> Application Granted
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: June 21, 2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 43.

BY ECF
The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Safe Horizon, Inc., et al. v. United States Citizenship and Immigration Services, et al.*,
      1:21-cv-02328-LAK-VF

Dear Judge Figueredo:

    Defendant United States Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (together the Government") and Plaintiff Safe Horizon, Inc. and Asista Immigration Assistance (together with the Government, the "Parties") respectfully request a one-week extension to filed their joint status report in the above-referenced Freedom of Information Act ("FOIA"), which is currently due today, ECF No. 42.

    The parties are in continued discussions about a path forward in this FOIA litigation and need additional time to complete those discussions. Accordingly, the Parties respectfully request a one-week extension, until June 27, to file their joint status report.

    We thank the Court for its consideration.

                                               Respectfully,

                                               DAMIAN WILLIAMS
                                               United States Attorney

                           By:    */s/ Dominika Tarczynska*
                                   DOMINIKA TARCZYNSKA
                                   Assistant United States Attorney
                                   86 Chambers Street, Third Floor
                                   New York, NY 10007
                                   Tel: (212) 637-2748
                                   Fax: (212) 637-2686
                                   dominika.tarczynska@usdoj.gov

cc: Akiva Shapiro (via ECF)
*Attorneys for Plaintiffs*