UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAFE HORIZON, INC et al,

                              **Plaintiff(s),**                21-CV-02328(LAK)(VF)

            **-against-**                              **ORDER**

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al,**

                              **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to file a joint status update by January 6, 2025. That date has passed, and the parties did not file anything on the docket. The parties are hereby directed to file a joint status update by **January 27, 2025**.

**SO ORDERED.**

DATED:    New York, New York
                January 21, 2025

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge